UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ABDERRAOUF BOUKARDOUGHA,**

    Plaintiff,

v.                          Case No.  6:23-cv-1376-CEM-EJK

**AVIS RENT A CAR SYSTEM, LLC,**

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on Notice of Voluntary Dismissal Without Prejudice (Doc. 15). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 21, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record